**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| COURTYARDS AT THE WOODLANDS CONDOMINIUM ASSOCIATION, | |
| Plaintiff, | Case No. |
| v. | |
| QBE INSURANCE CORPORATION, | |
| Defendants. | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§1332, 1441, and 1446, Defendant QBE INSURANCE CORPORATION ("QBE") hereby removes to this Court the captioned State court civil action pending in the Circuit Court of Cook County, State of Illinois.

1.     Plaintiff COURTYARDS AT THE WOODLANDS CONDOMINIUM ASSOCIATION ("COURTYARDS") heretofore filed a Complaint in the Circuit Court of Cook County, Illinois seeking damages under an insurance policy (the "State Court Action"). The lawsuit is captioned and numbered *Courtyards at the Woodlands Condominium Association v. QBE Insurance Corporation* , 2018-L-004976. A true and correct copy of the Complaint received by QBE is attached hereto as Exhibit A.

2.     QBE first received a copy of the Complaint in the State Court Action on May 14, 2018.

3.     According to the online records of the Illinois Secretary of State, COURTYARDS is an Illinois Not-For-Profit Corporation. On information and belief, COURTYARDS principal place of business is in Buffalo Grove, Illinois.

4.     QBE is a corporation formed and organized under the laws of the State of Pennsylvania with its principle place of business in the State of New York.

5.     A notice of removal must be filed within 30 days "after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading . . ." Thirty days from May 14, 2018 is June 13, 2018.

6.      Defendants' Notice of Removal is timely as it is being filed within thirty (30) days of the date QBE received a copy of the Complaint in the State Court Action.

7.     The amount in controversy exceeds $75,000. *See* Exhibit B.

8.     There being complete diversity between the parties and the amount in controversy exceeding $75,000, the present lawsuit is properly removable from the Circuit Court of Cook County, State of Illinois to the United States District Court for the Northern District of Illinois, pursuant to 28 U.S.C. §1332(a)(1) and §1441(a).

9.     Pursuant to 28 U.S.C. § 1446(d), this notice of removal will be served upon all adverse parties and filed with the Clerk of the Circuit Court of Cook County, State of Illinois promptly after the filing of this notice of removal.

WHEREFORE,  Defendant QBE INSURANCE CORPORATION removes this action from the Circuit Court of Cook County, State of Illinois to the United States District Court for the Northern District of Illinois.

Dated this 7th day of June, 2018.

QBE INSURANCE CORPORATION,

*s/ Zacarias Chacon*

Zacarias Chacon, Esq., IL ARDC #: 6181613
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 W. Adams St., Suite 300
Chicago, IL 60661
312.345.1718

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2018, I served a true and correct copy of the foregoing NOTICE OF REMOVAL upon the following counsel by email and/or 1st Class United States Mail, postage prepaid:

Scott Green
The Law Offices of Scott Green
421 West Oakdale Avenue, #6
Chicago, IL 60657

_____