ELECTRONICALLY FILED
5/14/2018 12:40 PM
2018-L-004976
CALENDAR: U
PAGE 1 of 3
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | |
|---|---|
| **COURTYARDS AT THE** ) | |
| **WOODLANDS CONDOMINIUM** ) | |
| **ASSOCIATION** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No.:** |
| ) | |
| **QBE INSURANCE CORPORATION** ) | |
| ) | |
| **Defendant.** ) | |

## COMPLAINT

Plaintiff, Courtyards at the Woodlands Condominium Association, by its attorney, Scott Green of The Law Offices of Scott Green, for its Complaint against Defendant, QBE Insurance Corporation, states:

### COUNT I
### (Breach of Contract)

1.     At all times herein, Courtyards at the Woodlands Condominium Association ("Woodlands" or "Plaintiff"), was and is a not-for-profit corporation operating a condominium association consisting of forty-seven (47) buildings located at or about 2-120, 162-168, 172, 174, 180, 182, 186-200, 204, 206, 210-224, 228, 230, 236-264, (even), 3-25, 29-31, 35-49, 61-83, 87-89, 93-99, 111-115, 119-121, 127, 129, 135, 137, 141-147, 151, 153, 159, 161, 165, 167-171, 175, 177, 181-187, 191, 193, 197-201, 207-211, 217, 221-243, 253-267, 271, 273, 277-283, 287, 289, 293-299, 303, 305, 309-323, 327, 329, 335, 337, 343, 345, 349-371 (odd) Willow Parkway, 300-322, 372, 394, 414-420 (even) 301-315, 365-371, 401-415 (odd) Satinwood Terrace, 317-361, Satinwood Court South; 324-330, 334, 336, 340-346, 350, 352, 356-370 (even) Satinwood Court North; 460, 466, 468, 472-494 (even), 463-469, 473, 475, 479-501 (odd) Banyan Tree Lane; 2160-

1

# EXHIBIT A

2166 (even), 2170-2176 (even) Brandynwyn Lane; 2304, 2306, 2310-2340 (even), 2344, 2346, 2352, 2354, 2358-2364 (even) Magnolia Court East, 2500-2530, 2534, 2536, 2540-2546 (even), 2509-2515, 2519, 2521, 2525-2547 (odd) Live Oak Lane, Buffalo Grove, Lake County, IL 60089 ("the Insured Property").

2.      At all times herein, Defendant QBE Insurance Corporation ("QBE) was and is a New York corporation authorized to do business in the State of Illinois and is engaged in the business of issuing property insurance policies in the State of Illinois.

3.      QBE issued to Woodlands a Condominium Insurance Policy, Policy Number CAU312662-2, with effective dates of January 15, 2013 to January 15, 2016 (the "Policy"). A copy of the Policy is attached as Exhibit 1.

4.      Pursuant to the terms of the Policy, QBE agreed to pay for immediate and direct physical loss or damage to "covered property" [at the Insured Property] unless otherwise excluded.

5.      Coverage for the Insured Property was extended on a guarantee replacement cost basis including coverage for ordinance and law and increased cost of construction.

6.      On or about April 12, 2014, while the Policy was in full force and effect, the Insured Property suffered direct physical loss and damage caused by hail, which is not limited or excluded under the Policy.

7.      Woodlands duly submitted a claim, claim no.: 92919 to QBE under the Policy for the losses to the Insured Property.

8.      Woodlands has substantially performed all conditions required by the Policy to be performed by it, including giving QBE timely notice of the losses, cooperating with QBE's investigation, and timely filing suit against QBE.

ELECTRONICALLY FILED
5/14/2018 12:40 PM
2018-L-004976
PAGE 2 of 3

2

9.    As a result, it is QBE's duty to pay Woodlands for all the losses and damages sustained to covered property at the Insured Property.

10.    Though requested to do so, to date QBE has failed, refused and continues to fail and refuse to pay Woodlands for the covered losses and damage to the Insured Property.

11.    This breach of the insurance contract was and is the direct and proximate cause of loss to the Plaintiff in an amount in excess of $30,000.

12.    This is an action based on a "written instrument" within the meaning of the Illinois Interest Act and, therefore, Woodlands is entitled to prejudgment interest.

WHEREFORE, Plaintiff, Courtyard at the Woodlands Condominium Association, prays for judgment in its favor and against Defendant, QBE Insurance Corporation, in an amount in excess of $30,000, plus prejudgment interest and costs.

PLAINTIFF DEMANDS A TRIAL BY JURY

Dated: April 24, 2018

ELECTRONICALLY FILED
5/14/2018 12:40 PM
2018-L-004976
PAGE 3 of 3

Respectfully Submitted

THE LAW OFFICES OF SCOTT GREEN

By: _____

Scott Green
*Attorney for Plaintiff*
THE LAW OFFICES OF SCOTT GREEN
421 West Oakdale Avenue, #6
Chicago, IL 60657
Tel: (773) 270-4704
Fax: (773) 219-0334

3