IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COURTYARDS AT THE ) <br> WOODLANDS CONDOMINIUM ) <br> ASSOCIATION ) <br>   ) <br>     Plaintiff, ) <br>   ) <br> v. ) <br>   ) <br> QBE INSURANCE CORPORATION ) <br>   ) <br>     Defendant. ) | Case No.: 1:18 CV-03970 <br><br> The Honorable Andrea R. Wood |

**JOINT CERTIFICATION TO DEFER INITIAL DISCOVERY DEADLINE**

Plaintiff, Courtyards at the Woodlands Condominium Association, by its attorney, Scott Green of The Law Offices of Scott Green, for its Joint Certification to Defer Initial Discovery Deadline, states:

1. Plaintiff filed the instant action in the Circuit Court of Cook County on May 14, 2018.

2. Defendant removed this action to this Court on June 8, 2018.

3. Defendant filed its Answer to Plaintiff's Complaint on July 7, 2018.

4. Pursuant to the Standing Order Regarding Initial Discovery Pilot Project, mandatory initial disclosures are due on August 6, 2018.

5. Due to a number of complicating factors, Plaintiff seeks an additional sixty (60) days for the parties to submit mandatory initial disclosures.

6. One factor in Plaintiff seeking this request is that the mother of Plaintiff's counsel recently fell ill which has temporarily taken the undersigned's attention away from this and other matters.

Case: 1:18-cv-03970 Document #: 15 Filed: 08/01/18 Page 2 of 2 PageID #:45

7. Furthermore, this matter involves a disputed property insurance claim for alleged hail damage to a condominium association consisting of 128 buildings. Due to the extensive amount of time and coordination needed to complete its expert investigation at a property of this size, additional time is needed for Plaintiff to accurately present the true extent and amount of its alleged damage to Defendant and the Court.

8. It is Plaintiff's position that having additional time to have its expert investigation completed will result in the most efficient and practical litigation tract.

9. Plaintiff's counsel has conferred with Defendant's counsel regarding this request and can confirm that Defendant's counsel has no objection to the Court extending the time within which both parties may make initial disclosures.

WHEREFORE, Plaintiff, The Courtyards at the Woodlands Condominium Association, prays that this Honorable Court grant the parties an additional sixty (60) days or until September 29, 2018.

    Respectfully Submitted

    THE LAW OFFICES OF SCOTT GREEN

    By: /s/ Scott Green_____
    Scott Green
    *Attorney for Plaintiff*
    THE LAW OFFICES OF SCOTT GREEN
    421 West Oakdale Avenue, #6
    Chicago, IL 60657
    Tel: (773) 270-4704
    Fax: (773) 219-0334