# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| COURTYARDS AT THE WOODLANDS CONDOMINIUM ASSOCIATION ) ) ) ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 1:18 CV-03970 |
| ) | |
| QBE INSURANCE CORPORATION ) | The Honorable Andrea R. Wood |
| ) | |
| Defendant. ) | |

## STIPULATION FOR VOLUNTARY DISMISSAL OF ALL CLAIMS

IT IS HEREBY STIPULATED and agreed by and between Plaintiff, Courtyards at the Woodlands Condominium Association, by its attorney, Scott Green; and Defendant, QBE Insurance Corporation, by its attorneys, Zacharias Chacon, Zachary Greening, and Seth Weinstein, pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., that the above matter be dismissed in its entirety, with prejudice, with each party to bear its own costs.

Dated: January 7, 2020

| **COURTYARDS AT THE WOODLANDS CONDOMINIUM ASSOCIATION** | **QBE INSURANCE CORPORATION** |
|---|---|
| /s/ Scott Green | /s/ Zacarias Chacon . |
| One of its Attorneys | One of its Attorneys |
| | |
| Scott Green (6312940) | Zacarias Chacon (6181613) |
| Law Offices of Scott Green | Lewis Brisbois Bisgaard & Smith, LLP |
| 421 W Oakdale Ave Suite 6 | 550 West Adams Street, Suite 300 |
| Chicago, IL 60657 | Chicago, Illinois 60661-2511 |
| sgreen@sdglawoffices.com | Zacarias.chacon@lewisbrisbois.com |
| (773) 270-4704 | 312.345.1718 |